UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 2006 - |
| | ) | |
| NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC. | ) | CA 06 421S |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

This is a complaint by plaintiff Lifespan Corporation ("Lifespan") against defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc. for breach of contract.

**Parties**

1. Plaintiff Lifespan is a Rhode Island corporation with its principal place of business in Providence, Rhode Island.

2. Defendant New England Medical Center, Inc. ("NEMCI") is a Massachusetts corporation with its principal place of business located in Boston, Massachusetts.

3. Defendant New England Medical Center Hospitals, Inc ("NEMCH") is a Massachusetts corporation with its principal place of business located in Boston, Massachusetts.

**Jurisdiction and Venue**

This Court has jurisdiction pursuant to 28 U.S.C. § 1332 in that the matter in controversy is between citizens of different states and exceeds the sum of $75,000, exclusive of interest and costs.

4. This Court has venue pursuant to 28 U.S.C. § 1391.

**Facts**

5. As of September 30, 2002, Lifespan and NEMCI and NEMCH, for good and valuable consideration, entered into a Restructuring Agreement whereby the parties agreed to terminate their affiliation and change their corporate relationship. A copy of the Restructuring Agreement is attached hereto as Exhibit A.

6. Section 2.2.3(a) of the Restructuring Agreement provides, *inter alia*, that NEMCI shall pay in cash to Lifespan the sum of $1,830,000 on or before January 2, 2006, and the sum of $1,830,000 on or before January 2, 2007.

7. Pursuant to Section 2.2.3(b) of the Restructuring Agreement and a separate Guarantee, a copy of which is attached as Exhibit B, NEMCH guaranteed these payments to Lifespan.

8. NEMCI has failed to pay Lifespan the sum of $1,830,000 that was due January 2, 2006.

9. NEMCI has also advised Lifespan that it does not intend to pay the sum of $1,830,000 due January 2, 2007.

10. NEMCH, after due notice, has also advised Lifespan that it does not intend to honor its guarantee.

**Count I**
**(Breach of Contract)**

11. Lifespan incorporates and realleges paragraphs 1 through 10 of the Complaint.

12. NEMCI and NEMCH have breached the Restructuring Agreement and Guarantee by failing to pay Lifespan the sum of $1,830,000 that was due and owing on January 2, 2006.

13. As a result of the breach of the Restructuring Agreement and Guarantee, Lifespan has been damaged in the amount of $1,830,000, plus interest and attorney's fees.

**Count II**
**(Anticipatory Breach of Contract)**

14. Lifespan incorporates and realleges paragraphs 1 through 10 of the Complaint.

15. NEMCI and NEMCH have breached the Restructuring Agreement and Guarantee by advising Lifespan that they do not intend to pay the sum of $1,830,000 due January 2, 2007.

16. As a result of NEMCI and NEMCH anticipatorily breaching the Restructuring Agreement and Guarantee, Lifespan has been damaged in the sum of $1,830,000, plus interest and attorney's fees.

**Demand for Judgment**

WHEREFORE, plaintiff Lifespan demands Judgment against defendants NEMCI and NEMCH jointly and severally in the amount of $3,660,000, plus interest, costs and attorney's fees.

LIFESPAN CORPORATION

By its attorneys,

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

September 20, 2006