AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

LIFESPAN CORPORATION

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: 06-421S

NEW ENGLAND MEDICAL CENTER, INC. and
NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.

TO: (Name and address of defendant)

New England Medical Center Hospitals, Inc.
c/o Stephen M. Weiner, Esq., Agent for Service
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
One Financial Center, Boston, MA 02111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Deming E. Sherman, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
Chief Deputy Clerk

CLERK

9-21-06

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________

☐ Return unexecuted: ____________

☒ Other *(specify)*: See below.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ ____________
*Date* *Signature of Server*

____________
*Address of Server*

Due and lawful service on New England Medical Center Hospitals, Inc., is hereby acknowledged.

Jeffrey A. Weinstein
~~General Counsel~~
New England Medical Center Hospitals, Inc.
750 Washington Street
Boston, MA 02111
September 22, 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.