UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LIFESPAN CORPORATION

Plaintiff,

v. C.A. No. 06-421S

NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.,

Defendants.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 9/22/06