UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION | : | |
| | : | |
| v. | : | C.A. No. 06-421T |
| | : | |
| NEW ENGLAND MEDICAL CENTER, INC., et al. | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
September 28, 2006

BY ORDER:

/s/ Jeannine Theall
Deputy Clerk