UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.,<br><br>Defendant. | C.A. NO. 06-421 T |

## ENTRY OF APPEARANCE

David A. Wollin, Esq. of the law firm of Adler Pollock & Sheehan PC hereby enters his appearance on behalf of defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc.

Dated: September 29, 2006

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorneys,

/s/ *David A. Wollin*
David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607
dwollin@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Deming Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

/s/ *David A. Wollin*

*395012_1.doc*