UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LIFESPAN CORPORATION,

Plaintiffs,

v.

NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.,

Defendant.

C.A. NO. 06-421 T

**DEFENDANTS' RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for defendants New England Medical Center, Inc. ("NEMCI") and New England Medical Center Hospitals, Inc. ("NEMCH") hereby states that NEMCI is the parent corporation of NEMCH, that NEMCI has no parent corporation, and that neither is owned by a public company.

Dated: September 29, 2006

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorneys,

/s/ *David A. Wollin*
David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607
dwollin@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Deming Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

/s/ *David A. Wollin*

395011_1.doc