UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.,<br><br>Defendant. | C.A. NO. 06-421 T |

**DEFENDANTS' MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Fed. R. Civ. P. 12(b)(2), defendants New England Medical Center, Inc. ("NEMCI") and New England Medical Center Hospitals, Inc. ("NEMCH") respectfully move to dismiss this action for lack of personal jurisdiction. In support of this motion, defendants rely upon the accompanying Memorandum of Law.

Dated: September 29, 2006

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorneys,

/s/ *David A. Wollin*
David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607
dwollin@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Deming Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

/s/ *David A. Wollin*

395173_1.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.,<br><br>Defendant. | C.A. NO. 06-421 T |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendants New England Medical Center, Inc. ("NEMCI") and New England Medical Center Hospitals, Inc. ("NEMCH") respectfully submit this memorandum of law in support of their motion to dismiss this action for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

**ARGUMENT**

As the Complaint alleges, defendants NEMCI and NEMCH are both Massachusetts corporations with their principal place of business in Massachusetts, while the plaintiff, Lifespan, is a Rhode Island corporation domiciled in Rhode Island Complaint ¶¶ 1-3. Nowhere in the Complaint, however, does the plaintiff even allege, much less present facts sufficient to support a finding, that either NEMCI or NEMCH is subject to personal jurisdiction in Rhode Island. To the contrary, in the section of the Complaint entitled "Jurisdiction and Venue," plaintiff ignores the issue of personal jurisdiction entirely, and alleges only that this Court has subject matter jurisdiction, based on diversity of citizenship, pursuant to 28 U.S.C. § 1332.

Lifespan's failure to allege personal jurisdiction or any facts sufficient to support a finding of personal jurisdiction requires the dismissal of its Complaint. Before this Court may exercise jurisdiction over a defendant, it is the plaintiff's burden to allege and prove facts sufficient to support a finding that the Court has personal jurisdiction over that defendant. *Dever v. Hentzen Coatings, Inc.*, 380 F.3d 1070, 1072 (8th Cir. 2004); *CVS Corp. v. Taubman Centers, Inc.*, 225 F.Supp.2d 120, 123 (D.R.I. 2002); *Russell v. Enterprise Rent-A-Car Co. of Rhode Island*, 160 F.Supp.2d 239, 249 (D.R.I. 2001); *Morel ex rel. Moorehead v. Estate of Davidson*, 148 F.Supp.2d 161, 164, 166 (D.R.I. 2001); *Union Wadding Co. v. White Swan, Ltd.*, 866 F. Supp. 71, 73 (D.R.I. 1994); *Cerberus Partners, LP v. Gadsby & Hannah, LLP*, 836 A.2d 1113, 1118 (R.I. 2003); *Ben's Marine Sales v. Sleek Craft Boats*, 502 A.2d 808, 809 (R.I. 1985). Lifespan's Complaint utterly fails to satisfy that burden and, as noted, does not even allege personal jurisdiction or any facts supporting personal jurisdiction at all. Accordingly, the Complaint must be dismissed pursuant to Rule 12(b)(2).

**CONCLUSION**

For the foregoing reasons, defendants NEMCI and NEMCH respectfully request that this Court grant this motion and dismiss the Complaint for lack of personal jurisdiction.

Dated: September 29, 2006

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorneys,

/s/ *David A. Wollin*
David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor

Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607
dwollin@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Deming Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

/s/ *David A. Wollin*

*395173_1.doc*