UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-421T |
| | ) | |
| NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STAEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Lifespan Corporation hereby states that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

LIFESPAN CORPORATION

By its attorneys,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

September 29, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2006, a copy of the within Plaintiff's Rule 7.1 Disclosure Statement was sent by electronic means (ECF) to the following counsel of record:

David A. Wollin, Esq.
dwollin@apslaw.com

/s/ Deming E. Sherman