UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>VS.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | C. A. No. 06-421T |

**STIPULATION TO EXTEND TIME**

Plaintiff Lifespan Corporation and Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc. (collectively "NEMC") hereby stipulate and agree that Defendants need not answer or otherwise respond to the Complaint until NEMC's Motion to Stay Proceedings is resolved. If the Motion to Stay Proceedings is denied, NEMC shall answer or otherwise respond to the Complaint within 10 days of the denial or as otherwise ordered by the Court.

Respectfully submitted,

LIFESPAN CORPORATION,

By its attorney,

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.9200
Fax: 401.276.6611
Dated: November 9, 2006

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorney,

/s/ David A. Wollin
David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.7200
Fax: 401.351.4607
Dated: November 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

/s/ David A. Wollin

398972_1.doc