UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>VS.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

## AFFIDAVIT OF JEFFREY A. WEINSTEIN

I, Jeffrey Weinstein, hereby swear and affirm, based on personal knowledge, as follows:

1. I am the Senior Vice President and General Counsel for the defendants in the above action, collectively referred to as "NEMC."

2. During August and September 2006, I was engaged in settlement discussions with Lifespan's General Counsel, Kenneth Arnold, about the possibility of resolving the various potential claims that NEMC and Lifespan had against each other pursuant to the Restructuring Agreement and as a result of the parties' prior affiliation. The purpose of these discussions was to attempt to resolve the disputes between the parties without the need for costly and time-consuming litigation.

3. On August 22, 2006, I sent a letter to Mr. Arnold outlining NEMC's settlement position. The following day, I received an e-mail from his assistant telling me that Mr. Arnold was on vacation and would respond to my offer when he returned. My letter did ultimately result in numerous telephone calls between Mr. Arnold and me, starting the week of August 28, 2006, during which time we were exchanging settlement proposals.

4. During a telephone call on or about September 6, 2006, I made a settlement proposal on behalf of NEMC to Mr. Arnold During that telephone call, Mr. Arnold indicated that he would get back to me with Lifespan's response, or words to that effect.

5. I delayed filing a lawsuit in Massachusetts state court to enforce NEMC's rights pursuant to the indemnification provision of the Restructuring Agreement in reliance on my understanding that the parties were engaged in good faith settlement negotiations in the hopes of avoiding litigation and on Mr. Arnold's representation that Lifespan would be responding to NEMC's most recent settlement proposal.

6. Lifespan never responded to NEMC's settlement proposal, and instead, filed this lawsuit on September 20, 2006. That same day, I received a telephone call from Mr. Arnold, who apologetically told me that I would not be happy with Lifespan's response to NEMC's settlement proposal because Lifespan had already filed this lawsuit in Rhode Island federal district court. When I expressed my surprise and disappointment that Mr. Arnold did not call first to notify me of Lifespan's intentions, Mr. Arnold told me that he wanted to do so, but was directed not to by his boss.

Signed under the pains and penalties of perjury this 1st day of December, 2006.

Jeffrey A. Weinstein

AIMEE FAYLE
Notary Public
Commonwealth of Massachusetts
My Commission Expires January 16, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2006, I sent a true copy of the within document by electronic means (ECF) to:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

/s/ David A. Wollin