UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE COUNTER-AFFIDAVIT**

Plaintiff Lifespan Corporation pursuant to LR Cv 7(b)(3) moves this Court for leave to file the Counter-Affidavit of Kenneth Arnold attached hereto.

A Memorandum is filed herewith.

LIFESPAN CORPORATION

By its attorneys,

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
Jon M. Anderson (#3946)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

December 18, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of December, 2006, a copy of the within Motion was sent by electronic means (ECF) to the following counsel of record:

David A. Wollin, Esq.
dwollin@apslaw.com

/s/ Deming E. Sherman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE COUNTER-AFFIDAVIT**

Plaintiff Lifespan Corporation seeks leave to file the Counter-Affidavit of Kenneth E. Arnold, Esq., attached to Lifespan's Motion, to respond to the Defendants' Reply Memorandum and supporting Affidavit of Jeffrey A. Weinstein, filed in response to Lifespan's Objection to Defendants' (collectively "NEMC") Motion to Stay Proceedings. In the Memorandum, NEMC asserts that Mr. Arnold misled Mr. Weinstein that the parties were still engaged in settlement discussions in order to cause NEMC to delay filing a lawsuit. As set forth in Mr. Arnold's Affidavit, there was no attempt to mislead Mr. Weinstein, and, in fact, there had been a series of discussions about issues between Lifespan and NEMC during which Lifespan never wavered in its insistence that the sums due under the Restructuring Agreement, $3.66 million, be paid in full. Accordingly, when it became clear that NEMC would not pay these sums, this litigation was commenced.

The position asserted by NEMC was not contained in the Motion to Stay Proceedings, hence Lifespan did not respond previously. Because the position was raised in the Reply Memorandum, Lifespan is compelled to respond.

Accordingly, Lifespan requests that this Motion be granted and that the Affidavit of Mr. Arnold be filed and considered by the Court in its deliberations on the Motion to Stay Proceedings.

LIFESPAN CORPORATION

By its attorneys,

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
Patricia A. S. Sullivan (#2120)
Jon M. Anderson (#3946)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

December 18, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of December, 2006, a copy of the within Memorandum was sent by electronic means (ECF) to the following counsel of record:

David A. Wollin, Esq.
dwollin@apslaw.com

/s/ Deming E. Sherman