UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**RULE 16 CONFERENCE STATEMENT**

This is a straightforward action for damages for breach of contract. The Complaint arises out of the separation of defendants New England Medical Center, Inc. ("NEMCI") and New England Medical Center Hospitals, Inc. ("NEMCH") (collectively "NEMC") from Lifespan Corporation ("Lifespan"). On September 30, 2002, the parties, which had been affiliated since 1997, executed a Restructuring Agreement that gives rise to Lifespan's claims. Under the Restructuring Agreement, the defendants agreed to make payments to Lifespan in the total amount of $3.66 million in January 2006 and January 2007. NEMC has refused to make the payments. That is a breach of contract. As a result, Lifespan is entitled to damages of $3.66 million plus interest. Riley v. St. Germain, 723 A.2d 1120, 1122 (R.I. 1999) (court may award damages for breach of contract to place the injured party in as good a position as if the parties fully performed the contract).

LIFESPAN CORPORATION

By its attorneys,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
Jon M. Anderson (#3946)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

February 19, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February, 2007, a copy of the within Statement was sent by electronic means (ECF) to the following counsel of record:

David A. Wollin, Esq.
dwollin@apslaw.com

/s/ Deming E. Sherman