UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LIFESPAN CORPORATION,

Plaintiffs,

v.

NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.,

Defendant.

C.A. NO. 06-421 T

# **MOTION FOR ADMISSION *PRO HAC VICE***

Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc., hereby move that **Jeffrey T. Rotella** be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

New England Medical Center, Inc. and New England Medical Center Hospitals, Inc.
By its attorney,

*/s/ David A. Wollin*

David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
dwollin@apslaw.com
Dated: March 2, 2007

---

**ORDER**

This motion is hereby __________________________________________.

______________________________
District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2d day of March, 2007 I did send a true copy of the within document by electronic means (ECF) to:

Deming Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

*/s/ David A. Wollin*__________

*409560_1*