UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIFESPAN CORPORATION,<br>Plaintiffs,<br>v.<br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.,<br>Defendant. | C.A. NO. 06-421 T |

**DECLARATION OF JEFFREY T. ROTELLA IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I hereby certify as follows:

1. I am a member in good standing of the Bar of Massachusetts and the Bar of New York and of the United States District Court for the District of Massachusetts, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. I am a member of Adler Pollock & Sheehan P.C., counsel of record for defendant New England Medical Center, Inc. and New England Medical Center Hospitals, Inc., and I practice in its Boston, MA office. I have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Jeffrey T. Rotella
jrotella@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
175 Federal Street
Boston, MA 02110
Tel: 617-482-0600
Dated: February 23, 2007

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ David A. Wollin

David A. Wollin (#4950)
dwollin@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2 day of ~~February~~ March, 2007 I did send a true copy of the within document by electronic means (ECF) to:

Deming Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

*409560_1*