UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>VS.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Lifespan Corporation and Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc. respectfully move this Court for entry of the attached Protective Order governing disclosure of information designated Confidential or Attorneys Eyes Only. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

LIFESPAN CORPORATION,

By its attorney,

*/s/ Deming E. Sherman*___
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.9200
Fax: 401.276.6611
Dated: May 29, 2007

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorney,

*/s/ David A. Wollin*
David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.7200
Fax: 401.351.4607
Dated: May 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

*/s/ David A. Wollin*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>VS.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Lifespan Corporation ("Lifespan") and Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc. (collectively "NEMC") submit the memorandum of law in support of their consent motion for entry of the attached Protective Order governing disclosure of information designated Confidential or Attorneys Eyes Only.

Pursuant to Fed. R. Civ. P. 26(c), this Court has the authority to enter the proposed Protective Order. The parties submit there is good cause for entry of the order. In this case, both Lifespan and NEMC anticipate that there will be confidential proprietary information that may be produced which, if disclosed outside the litigation or, in the case of Attorneys Eyes Only, to the opposing party, would seriously prejudice the business interests of the producing party. Consequently, in order to protect the producing party from such damage, the parties herein have agreed upon the attached Protective Order which protects information that is designated Confidential or Attorneys Eyes Only. Since all parties join in this motion, no party will be prejudiced by entry of the Protective Order.

Accordingly, Lifespan and NEMC respectfully request that the Court enter the attached Protective Order governing production and disclosure of information designated Confidential or Attorneys Eyes Only.

Respectfully submitted,

LIFESPAN CORPORATION,

By its attorney,

*/s/ Deming E. Sherman*___
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.9200
Fax: 401.276.6611
Dated: May 29, 2007

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorney,

*/s/ David A. Wollin*
David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.7200
Fax: 401.351.4607
Dated: May 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

*/s/ David A. Wollin*

*418799_1.doc*