UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>VS.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**CONSENT MOTION TO EXTEND EXPERT DISCLOSURE SCHEDULE**

Plaintiff Lifespan Corporation and Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc. respectfully move this Court to extend the previously agreed-upon expert disclosure dates set forth in the Scheduling Order. The parties are not seeking extension of the March 1, 2008 Closure Date. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

LIFESPAN CORPORATION,

By its attorney,

*/s/ Deming E. Sherman*___
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
E-Mail: dsherman@eapdlaw.com
Phone: 401.274.9200
Fax: 401.276.6611
Dated: July 18, 2007

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorney,

*/s/ David A. Wollin*
David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.7200
Fax: 401.351.4607
Dated: July 18, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

*/s/ David A. Wollin*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>VS.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION TO EXTEND EXPERT DISCLOSURE SCHEDULE**

Plaintiff Lifespan Corporation ("Lifespan") and Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc. (collectively "NEMC") submit the memorandum of law in support of their consent motion to extend the previously agreed-upon expert disclosure dates set forth in the Scheduling Order. Under the Scheduling Order, Defendants' expert disclosures are due by September 1, 2007; Plaintiff's expert disclosures are due by November 1, 2007; and Defendants' rebuttal experts are due by January 1, 2008. The parties seek the following new dates: Defendants' expert disclosures are due by October 15, 2007; Plaintiff's expert disclosures are due by December 14, 2007; and Defendants' rebuttal experts are due by February 15, 2008. The parties are not seeking extension of the March 1, 2008 Closure Date.

The parties submit there is good cause for revision of the expert disclosure schedule. Lifespan needs additional time to produce responsive documents that will be considered by NEMC's experts, and the additional time correspondingly requires an extension of NEMC's deadline for its initial expert disclosures. The parties originally agreed upon the expert

disclosure deadlines and now believe a six-week extension is necessary. Since all parties join in this motion, no one will be prejudiced by the extension, and as indicated above the extension will not impact the March 1, 2008 Closure Date. On the other hand, NEMC will be prejudiced if it does not have access to Lifespan's responsive documents sufficiently in advance of its expert disclosures deadline.

Accordingly, Lifespan and NEMC respectfully request that the Court extend the previously agreed-upon expert disclosure dates set forth in the Scheduling Order as follows: Defendants' expert disclosures are due by October 15, 2007; Plaintiff's expert disclosures are due by December 14, 2007; and Defendants' rebuttal experts are due by February 15, 2008.

Respectfully submitted,

LIFESPAN CORPORATION,

By its attorney,

*/s/ Deming E. Sherman*___

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
E-Mail: dsherman@eapdlaw.com
Phone: 401.274.9200
Fax: 401.276.6611
Dated: July 18, 2007

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorney,

*/s/ David A. Wollin*
David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.7200
Fax: 401.351.4607
Dated: July 18, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

*/s/ David A. Wollin*

*423305_1.doc*