UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | C. A. No. 06-421T |

**AFFIDAVIT**

I, Mary A. Wakefield, on oath depose and say as follows:

1. I am Senior Vice President & Chief Financial Officer of Lifespan Corporation ("Lifespan").and am authorized to speak on behalf of Lifespan.
2. I am familiar with the Restructuring Agreement between Lifespan Corporation and New England Medical Center and New England Medical Center Hospitals, Inc. (collectively, "NEMC").
3. Under Section 2.2.3(a) of the Restructuring Agreement, NEMC agreed to pay Lifespan Corporation $1.830 million on January 2, 2006 and $1.830 on January 2, 2007.
4. NEMC has not made either of those payments to Lifespan.

Mary A. Wakefield
Mary A. Wakefield

STATE OF RHODE ISLAND

PROVIDENCE, Sc.

Subscribed and sworn to before me my Mary A. Wakefield, Senior Vice President & Chief Financial Officer of Lifespan Corporate Services, this 27th day of August, 2007.

Fran Motroni
Notary Public

My Commission Expires: 6/26/09

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2007, a copy of the within Affidavit was sent by electronic means (ECF) to the following counsel of record:

David A. Wollin, Esq.
dwollin@apslaw.com

Jeffrey T. Rotella, Esq.
jrotella@apslaw.com

/s/ Deming E. Sherman