UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS**

1. Plaintiff Lifespan Corporation is a Rhode Island corporation with its principal place of business in Providence, Rhode Island. Complaint ¶ 1; admitted.

2. Defendant New England Medical Center, Inc. ("NEMCI") is a Massachusetts corporation with its principal place of business located in Boston, Massachusetts. Complaint ¶ 2; admitted.

3. Defendant New England Medical Center Hospitals, Inc ("NEMCH") is a Massachusetts corporation with its principal place of business located in Boston, Massachusetts. Complaint ¶ 3; admitted.

4. As of September 30, 2002, Lifespan and NEMCI and NEMCH entered into a Restructuring Agreement whereby the parties agreed to terminate their affiliation that commenced in 1997. A copy of the Restructuring Agreement is attached as Exhibit A to the Complaint. Complaint ¶ 5; admitted.

5. Section 2.2.3(a) of the Restructuring Agreement provides that NEMCI shall pay in cash to Lifespan the sum of $1,830,000 on or before January 2, 2006, and the sum of $1,830,000 on or before January 2, 2007. Restructuring Agreement.

6. Pursuant to Section 2.2.3(b) of the Restructuring Agreement and a separate Guarantee, a copy of which is attached to the Complaint as Exhibit B, NEMCH guaranteed these payments to Lifespan.

7. NEMCI and NEMCH failed to pay Lifespan the sum of $1,830,000 that was due January 2, 2006. Affidavit of Mary A. Wakefield.

8. NEMCI and NEMCH failed to pay Lifespan the sum of $1,830,000 due January 2, 2007. Affidavit of Mary A. Wakefield.

LIFESPAN CORPORATION

By its attorneys,

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
dsherman@eapdlaw.com

August 28,2007

CERTIFICATE OF SERVICE

I hereby certify that on the 28h day of August, 2007, a copy of the within Statement of Undisputed Facts was sent by electronic means (ECF) to the following counsel of record:

David A. Wollin, Esq.
dwollin@apslaw.com

Jeffrey T. Rotella, Esq.
jrotella@apslaw.com

/s/ Deming E. Sherman



PRV_902903_1/DSHERMAN