UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LIFESPAN CORPORATION, )
Plaintiff, )
) C. A. No. 06-421T
VS. )
)
NEW ENGLAND MEDICAL )
CENTER, INC., and NEW ENGLAND )
MEDICAL CENTER HOSPITALS, INC. )
)
Defendants. )
)

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rules 28 and 30 of the Federal Rules of Civil Procedure, Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc. (collectively "NEMC") will conduct the deposition upon oral examination of Joel Kaufman on **October 19, 2007 at 9:30 a.m.** at the offices of **Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island 02903**, or at such other time and place as may be mutually agreed upon by the parties. The deposition will continue from day to day until completed and will be conducted before an officer or other person duly authorized to administer oaths. The deposition will be recorded by stenographic means.

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorney,

*/s/ David A. Wollin*
David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th Floor
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.7200
Fax: 401.351.4607
Dated: September 7th, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

and by first-class mail, postage prepaid to:

Capitol Court Reporting
931 Jefferson Blvd, Suite 2003
Warwick, RI 02886

*/s/ David A. Wollin*

*428092_1.doc*