UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>VS.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**DECLARATION OF ELLEN ZANE**

Ellen Zane, as her declaration under penalty of perjury pursuant to 28 U.S.C. §1746, states as follows:

1. I am President and Chief Executive Officer of Tufts-New England Medical Center, Inc. and New England Medical Center Hospitals, Inc. (collectively "NEMC").

2. As of September 30, 2002, Lifespan Corporation ("Lifespan") and NEMC entered into a Restructuring Agreement, a copy of which is attached to Lifespan's complaint as Exhibit A.

3. I am familiar with the terms of the Restructuring Agreement.

4. Under Section 7.2(a) of the Restructuring Agreement, Lifespan agreed to indemnify and hold harmless NEMC for any and all losses it incurred or suffered as a result of, arising out of or directly or indirectly relating to any misrepresentation by Lifespan.

5. In addition, under Section 7.2 of the Restructuring Agreement, Lifespan agreed to indemnify and hold harmless NEMC for any losses it incurred or suffered that that result directly and solely:

> (x) from Lifespan's willful misconduct or gross negligence in the provision of services to NEMC by Lifespan employees working under the direction and supervision of Lifespan employees during the Affiliation Period [October 31, 1997 through October 31, 2002] or
>
> (y) from a material obligation that was approved by the Board of Directors of Lifespan of Massachusetts, acting as sole member of NEMCI or NEMCH, as the case may be, but not otherwise, where such action was taken without the knowledge, consent, ratification or approval of the chief executive officer, chief financial officer or any trustee of NEMCI or NEMCH or any of the NEMC Affiliates.

6. The payments due from New England Medical Center, Inc., and guaranteed by New England Medical Center Hospitals, Inc., in Section 2.2.3 of the Restructuring Agreement are not owed and need not be paid to the extent that Lifespan's indemnification obligations to NEMC under Section 7.2 of the Restructuring Agreement exceed the amounts in Section 2.2.3.

7. NEMC disputes that it owes any money to Lifespan under Section 2.2.3 of the Restructuring Agreement because Lifespan's indemnification obligations to NEMC under Section 7.2 of the Restructuring Agreement, as outlined in NEMC's Amended Counterclaim, exceed the amounts set forth in Section 2.2.3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/7/07

Ellen Zane