UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>VS.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**DEFENDANTS' STATEMENT OF DISPUTED FACTS**

Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc. (collectively "NEMC") respectfully submit this Statement of Disputed Facts in response to Plaintiff Lifespan Corporation's ("Lifespan") Statement of Undisputed Facts.

NEMC responds to each of Lifespan's Statement of Undisputed Facts as follows:

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Undisputed.

5. Undisputed.

6. Undisputed.

7. Disputed. NEMC did not pay Lifespan the sum of $1,830,000 on January 2, 2006, because NEMC disputes that it owes any money to Lifespan under Section 2.2.3

of the Restructuring Agreement since Lifespan's indemnification obligations to NEMC under Section 7.2 of the Restructuring Agreement, as outlined in NEMC's Amended Counterclaim, exceed the amounts set forth in Section 2.2.3. Declaration of Ellen Zane at ¶¶ 6-7.

8. Disputed. NEMC did not pay Lifespan the sum of $1,830,000 on January 2, 2007, because NEMC disputes that it owes any money to Lifespan under Section 2.2.3 of the Restructuring Agreement since Lifespan's indemnification obligations to NEMC under Section 7.2 of the Restructuring Agreement, as outlined in NEMC's Amended Counterclaim, exceed the amounts set forth in Section 2.2.3. Declaration of Ellen Zane at ¶¶ 6-7.

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.,

By their attorney,

*/s/ David A. Wollin*
David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.7200
Fax: 401.351.4607
Dated: September 11, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

*/s/ David A. Wollin*

427847_1.doc