UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION, | ) | |
| Plaintiff, | ) | |
| VS. | ) | C. A. No. 06-421T |
| NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC. | ) | |
| Defendants. | ) | |

**CONSENT MOTION TO EXTEND EXPERT DISCLOSURE SCHEDULE**

Plaintiff Lifespan Corporation and Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc. respectfully move this Court to extend the previously agreed-upon expert disclosure dates set forth in the Scheduling Order. The parties are not seeking extension of the March 1, 2008 Closure Date. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

LIFESPAN CORPORATION,

By its attorney,

*/s/ Deming E. Sherman*___

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
E-Mail: dsherman@eapdlaw.com
Phone: 401.274.9200
Fax: 401.276.6611
Dated: October 2, 2007

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorney,

*/s/ David A. Wollin*
David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.7200
Fax: 401.351.4607
Dated: October 2, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2d day of October, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

*<u>/s/ David A. Wollin</u>*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>VS.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION TO EXTEND EXPERT DISCLOSURE SCHEDULE**

Plaintiff Lifespan Corporation ("Lifespan") and Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc. (collectively "NEMC") submit the memorandum of law in support of their consent motion to extend the previously agreed-upon expert disclosure dates set forth in the Scheduling Order. Under the Scheduling Order, as amended, Defendants' expert disclosures are due by October 15, 2007; Plaintiff's expert disclosures are due by December 14, 2007; and Defendants' rebuttal experts are due by February 15, 2008. The parties seek the following new dates: Defendants' expert disclosures are due by November 7, 2007; and Plaintiff's expert disclosures are due by January 4, 2008. The deadline for designation of Defendants' rebuttal experts of February 15, 2008 would not change. The parties are <u>not</u> seeking extension of the March 1, 2008 Closure Date.

The parties submit there is good cause for revision of the expert disclosure schedule. The parties have been working cooperatively to schedule depositions of the main fact witnesses, several of whom live outside of Rhode Island or have been out of the country for an extended period. Many of these key witnesses are not available prior to NEMC's October 15, 2007

deadline for designation of experts. The parties agree that NEMC should be able to conduct these depositions before designating its experts. The depositions have now been scheduled and the new dates allow NEMC to take the depositions prior to having to designate its experts. Thus, the parties believe a modest extension is necessary. Since all parties join in this motion, no one will be prejudiced by the extension, and as indicated above the extension will not impact the March 1, 2008 Closure Date. On the other hand, NEMC will be prejudiced if it is not allowed to take these critical fact depositions before designating its experts.

Accordingly, Lifespan and NEMC respectfully request that the Court extend the previously agreed-upon expert disclosure dates set forth in the Scheduling Order as follows: Defendants' expert disclosures are due by November 7, 2007; and Plaintiff's expert disclosures are due by January 4, 2008.

Respectfully submitted,

LIFESPAN CORPORATION,

By its attorney,

*/s/ Deming E. Sherman*___
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
E-Mail: dsherman@eapdlaw.com
Phone: 401.274.9200
Fax: 401.276.6611
Dated: October 2, 2007

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorney,

*<u>/s/ David A. Wollin</u>*
David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.7200
Fax: 401.351.4607
Dated: October 2, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2d day of October, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

*/s/ David A. Wollin*

*423305_1.doc*