UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-421T |
| | ) | |
| NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that plaintiff Lifespan Corporation will take the deposition, upon oral examination, of **Thomas O'Donnell, Jr., M.D.** commencing at **9:30 a.m. on Monday, February 4, 2008,** and from day to day thereafter until completed, at the offices of Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, Rhode Island 02903, before a notary public of the State of Rhode Island, or some other qualified person.

Said examination will be for the purpose of discovery or for use as evidence in this case, or both, pursuant to the Federal Rules of Civil Procedure. You are invited to attend and participate in the manner provided in the Rules of Civil Procedure.

LIFESPAN CORPORATION

By its attorneys,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
dsherman@eapdlaw.com

January 7, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2008, a copy of the within Notice of Deposition was sent by electronic means (ECF) to the following counsel of record:

David A. Wollin, Esq.
dwollin@apslaw.com

Jeffrey T. Rotella, Esq.
jrotella@apslaw.com

/s/ Deming E. Sherman



PRV 928557.1