UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-421T |
| | ) | |
| NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION TO EXTEND EXPERT DISCLOSURE SCHEDULE AND DISCOVERY CLOSURE DATE**

Plaintiff Lifespan Corporation ("Lifespan") and Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc, (collectively "NEMC") file this Motion for an extension to file their expert reports and to extend the discovery closure date as follows:

Plaintiff's expert disclosures – April 7, 2008

Defendants' rebuttal experts – May 30, 2008

Discovery closure date – June 20, 2008

A Memorandum is filed in support of this Motion.

LIFESPAN CORPORATION

By its attorneys,

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
Jon M. Anderson (#3946)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
E-mail: dsherman@eapdlaw.com
(401) 274-9200
(401) 276-6611 (Fax)

NEW ENGLAND MEDICAL CENTER, INC. and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.

By their attorney,

/s/ David A. Wollin
David A. Wollin (#4950)
ADLER POLLACK & SHEEHAN P.C.
One Citizens Plaza
Providence, RI 02903
E-mail : dwollin@apslaw.com
(401) 274-2000
(401) 351-4607 (Fax)

March 5, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of March, 2008, a copy of the within Motion was sent by electronic means (ECF) to the following counsel of record:

David A. Wollin, Esq.
dwollin@apslaw.com

Jeffrey T. Rotella, Esq.
jrotella@apslaw.com

/s/ Deming E. Sherman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION TO EXTEND EXPERT DISCLOSURE SCHEDULE AND DISCOVERY CLOSURE DATE**

Plaintiff Lifespan Corporation ("Lifespan") and Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc, (collectively "NEMC") file this Motion to extend the time to file their expert reports and to extend the discovery closure date as set forth in the Motion; on the following grounds:

NEMC filed its expert reports on January 18, 2008. Under the existing Scheduling Order, Lifespan is to file its expert reports on March 7, 2008. On or about January 18, Lifespan received from NEMC three voluminous expert reports, one from a financial consultant and two from health care consultants. After review of these reports, and the extensive documentation upon which the reports relied, Lifespan interviewed potential expert witnesses and thereafter engaged two experts: John Lavan, JL Consulting, LLC, Rockville Centre, New York, and Don E. Wineberg, Esq., Chace Ruttenberg & Freedman, LLP, Providence, Rhode Island. Their resumes are attached as Exhibits A and B. Lifespan's experts are currently reviewing reports, depositions and documents necessary for their own reports. Both experts have advised that they are

unable to finish the review necessary and prepare their expert reports by March 7, 2008, and will need an additional 30 days.

In addition, the parties request that NEMC's deadline to file rebuttal experts be extended to May 30 because the additional 30 days that Lifespan is seeking would otherwise require NEMC to file rebuttal expert reports on May 7, at the same time that NEMC's counsel is unavailable due to a major trial in Rhode Island state court. That trial is scheduled to begin on May 5 and will continue for 2-3 weeks. Further, NEMC's counsel will be out of the country from April 19-27, making it extremely difficult to simultaneously prepare for trial and rebuttal expert reports.

The parties previously requested and were granted a prior extension. However, this is a complex case in which the defendants, in a Counterclaim, seek many millions of dollars in damages arising out of a 5-year affiliation period between Lifespan and NEMC. Both parties have diligently pursued discovery in the form of written discovery, production of numerous documents and ten substantive depositions, some of which have been difficult to schedule because certain witnesses live and work out of state, and some have had illness or personal problems that have delayed the taking of depositions. A key witness deposition was just able to be taken on March 4, 2008. Moreover, the parties' counsel have actively cooperated on all matters, as evidenced by the fact that not a single motion to compel has been filed in this case.

Lifespan and NEMC submit that this further extension is reasonable and necessary under the circumstances and will not materially delay resolution of this case.

LIFESPAN CORPORATION

By its attorneys,

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
Patricia A. Sullivan (#2120)
Jon M. Anderson (#3946)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
E-mail: dsherman@eapdlaw.com
(401) 274-9200
(401) 276-6611 (Fax)

NEW ENGLAND MEDICAL CENTER, INC. and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.

By their attorney,

/s/ David A. Wollin
David A. Wollin (#4950)
ADLER POLLACK & SHEEHAN P.C.
One Citizens Plaza
Providence, RI 02903
E-mail: dwollin@apslaw.com
(401) 274-2000
(401) 351-4607 (Fax)

March 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2008, a copy of the within Memorandum was sent by electronic means (ECF) to the following counsel of record:

David A. Wollin, Esq.
dwollin@apslaw.com

Jeffrey T. Rotella, Esq.
jrotella@eapdlaw.com

/s/ Deming E. Sherman