# EXHIBIT A

**JOHN LAVAN**
**149 Windsor Avenue**
**Rockville Centre, New York 11570**

EMPLOYMENT:

**JL CONSULTING, LLC - Rockville Centre, N.Y.**
***President and Chief Executive Officer***
**April 2001 to Present**

Diversified healthcare consulting firm specializing in the following activities:
Financial turnaround and radical restructuring
Merger, acquisition and strategic alliance development
Decision Support and Business Plan Development
Managed Care Strategy and negotiations
Reimbursement and Rate Appeals
Capital Financing and Debt-Re-structuring
Financial Feasibility Studies
Patient Accounting and Revenue Maximization
Health Plan Design and Benefits Consulting

**NEW YORK PRESBYTERIAN VENTURES – Great Neck, N.Y.**
***Chief Executive Officer***
July 2000 to May 2001

Corporate responsibility for the following activities:
Network Recovery Services (Collection Agency)
Network Insurance Company, LTD (Bermuda Based Captive)
Medical Center Insurance Company, LTD (Vermont RRG)
Investment in First Consulting Group M.S. (outsourcing company)
Intellectual Property
New York Presbyterian Health Plan

Major Accomplishments:
Achieved a 30% year over year profit growth in Network Recovery Services
Developed strategy to consolidate and improve risk management capability of insurance operations
Assisted in obtaining two multi-year outsourcing contracts valued at $125 Million

**NEW YORK PRESBYTERIAN HOSPITAL HEALTH SYSTEM - New York, N. Y.**
***Executive Vice President and Chief Financial Officer***
**July 1988 to July 2000**

Diagnosed financial problems resulting in $57 million operating loss during 1988.
Lead financial team that assembled the full asset merger of New York Hospital and Presbyterian Hospital
Provided financial leadership for turnaround, which returned New York Hospital to profitability during 1991. This included revenue enhancement, cost reduction, debt restructuring and receivable reductions.

Managed the design and implementation of a homegrown cost accounting system, which was utilized extensively to reduce resource consumption during the turnaround.
Prepared internal feasibility study with long range forecasts for major modernization,
Performed financial diagnostic reviews for a number of hospitals, certain of which have resulted in sponsorship changes.
Led installation by common financial systems across corporately sponsored network.

**PEAT MARWICK MAIN & CO. - New York, N. Y.**
***Principal / Healthcare Consulting Practice***
**August 1979 to July 1988**

Partner-in-Charge of Financial Management Practice responsible for marketing and delivery of general financial and planning services to New York area health care clients. Noteworthy projects have included:

Assisting a multi-hospital client in the acquisition of a 230-bed community hospital.
Conducted financial feasibility studies for several New York providers in conjunction with planned FHA financing.
Completed financial diagnostic review for a financially troubled community hospital and implemented recovery plans.
Conducted merger studies and implemented combined financial plans for two hospital audit clients.
Directed accounts receivable diagnostic reviews and subsequent cash recovery programs for several hospital clients.
Represent a number of major New York institutions on matters relating to reimbursement and financial planning.
Served as financial advisor to a Board Committee of a major teaching hospital in their selection of investment bankers for a contemplated bond refunding.
Assisted a 400-bed hospital and their investment bankers in structuring a refunding bond issue and conducting MCFFA "Due Diligence" review.

**HEALTH RESEARCH INCORPORATED - New York, N.Y.**
***Principal Accountant – New York State Research Grant***
January 1979 to August 1979

Responsibilities included analysis of planned implementation of "Uniform Reporting" and Case Mix systems in New York State.

**PENINSULA HOSPITAL CENTER - Far Rockaway, N.Y.**
***Reimbursement Manager***
**December 1977 to January 1979**

Responsible for third party cost reports, rate reviews and appeal matters. Reported to Chief Financial Officer.

**BLUE CROSS BLUE SHIELD OF GREATER NEW YORK – New York, N.Y.**
***Senior Auditor – Provider Audit Department***

**October 1975 to December 1977**
Conducted field audits of cost reports for various hospitals and nursing homes.

PROFESSIONAL ASSOCIATIONS / DESIGNATIONS:

Healthcare Financial Management Association
Identified by Crain's New York Business as a "40" under "40"Recipient (1992)

## EDUCATION:

Adelphi University, Garden City, N.Y.
B.B.A. Accounting

## REFERENCES:

Furnished Upon Request

J L Consulting, L L C.
149 Windsor Ave
Rockville Centre, NY 11570
Office: 516 536 3497
Fax: 516 536 5857
Cell: 516 298 2801

# Firm Qualifications

## Introduction

JL Consulting, LLC is a health care consulting firm specializing in Financial Services. The firm was founded in May 2001 has conducted a broad range of financial services engagements in more than 40 hospitals in the Tri-State area.

As President and Chief Executive, I am personally involved in all of our client assignments. In that regard I bring nearly 30 years of diversified healthcare experience in this industry which includes having served in the following positions:

- Chief Financial Officer of the New York Presbyterian Health System
- Consulting Partner at KPMG
- Board Member at several not-for-profit Health Care Organizations

The firm also employs four full-time professionals, with varied financial experience, who collectively have worked for me, in various capacities, for nearly 50 years. Other part-time professionals are engaged on an as needed basis.

## Client Experience

JL Consulting, LLC has been engaged by more than 30 Hospital clients during its four years of operation. Noteworthy is the fact that we currently have ongoing projects in nearly half of these clients.

While we specialize in Financial Services, our engagements tend to cover a broad range of financial issues, including:

- Financial Reporting and Oversight
- Prospective Reporting
- Operating and Capital Budgeting
- Capital Financing
- Financial Turnaround Services
- Bond Covenant Reviews
- Revenue Cycle Services
- Contract Compliance Services
- Managed Care Negotiations
- Due Diligence Services
- Merger and Acquisition
- Insurance Reviews
- Reimbursement Services
- Corporate Compliance

A brief description of sums of our key engagements is as follows:

***Kingsbrook Jewish Medical Center***

We were engaged by the Chief Executive Officer to undertake a Financial Oversight Engagement. This has evolved into a number of diversified financial projects including:

- Development of a Home Grown Cost Accounting System and Physician level P&L's
- Renegotiation of Managed Care contracts
- Development of a Monthly Financial Reporting Package
- Revenue Cycle Oversight
- Operational Improvement Initiatives

This is an ongoing engagement for JL Consulting, LLC. Had also been engaged in 2005 to evaluate the feasibility of acquiring St. Mary's Hospital in Brooklyn.

***Yale New Haven Health System***

We assisted the CEO and Senior Management team at one of the Yale Health System Hospitals (Bridgeport Hospital) in a turnaround project. The project included assembly of a corrective action plan and a five year financial projection for its Bond Insurers (AMBAC and MBIA). Yale Health System is an ongoing client and we currently are concluding two other engagements in the spring of 2005.

***New York Hospital Medical Center of Queens***

We have been engaged by New York Queens to perform a financial feasibility study to assess the ability of this client to undertake a $150 million construction and renovation project.

***Peconic Health Corporation***

This was JL Consulting's first client. PHC consists of the three easternmost hospitals in Suffolk County (Central Suffolk, Eastern Long Island and Southampton). Over the past four years, we have assisted PHC in a variety of capacities. Our most significant engagement was at Central Suffolk Hospital, where we organized a financial turnaround with their new Chief Executive Officer. Highlights of this engagement included significant P&L and liquidity/improvements, which ultimately resulted in the removal of a "Going Concern" opinion from their audited financial statements.

We also conducted individual "Due Diligence" assignments for the three hospitals as they evaluated a number of different sponsorship and affiliation opportunities with larger health systems.

***Continuum Health Partners***

We have conducted a number of different consulting assignments for Continuum Health Partners (CHP). In addition to ongoing Contract Compliance/Revenue Cycle work, we had previously assisted the Chief Financial Officer in:

- Evaluating the impact of closing the Singer Divisions of Beth Israel Medical Center
- Evaluating the impact of merged reimbursement rates on CHP
- Evaluating the efficacy of a complex refinancing strategy with the Dormitory Authority, which would include a bond re-purchase and a fixed to floating rate swap transaction
- We are currently engaged to assist CHP with various strategic financial planning alternatives for Long Island College Hospital.

***Kingston Regional Health System***

We have been engaged by Kingston Regional Health System to conduct a "Due Diligence" review relating to their proposed sponsorship by Health Quest. The review will evaluate the financial condition of the proposed sponsor and attempt to quantify tangible financial benefits from the proposed transaction.

***Lenox Hill Hospital***

We have been engaged by the Executive Leadership Team of Lenox Hill Hospital to assist in their financial turnaround. The scope of our assistance includes: Revenue Cycle, Managed Care, Expense Analysis and Financial Forecasting.

***St Mary's Hospital -Waterbury CT***

We have been engaged by the Executive Leadership Team of St Mary's Hospital to assist in their financial turnaround. The scope of our assistance includes: Revenue Cycle, Managed Care, Expense Analysis and Financial Forecasting.

**Brooklyn Queens Health Corporation**

We are currently engaged by the parent of Wyckoff Heights Medical Center and Caritas to assist in stabilizing the finances of this newly formed health system.

**Sound Shore Health Systems**

We have been engaged to construct a Turnaround Plan for this multi-hospital system in Westchester County.
We are nearing completion of this engagement and have identified programmatic and efficiency savings approximating $9 million annually. In addition, we have identified nearly $2.5 million in annual revenue improvements.

***Contract Compliance/Revenue Cycle Engagements***

JL Consulting possesses strong Revenue Cycle skills, which we have brought to bear in a number of turnaround/financial oversight assignments.

We have also become the most active firm, in this market, with respect to Contract Compliance engagements. In these assignments, we are given an inventory of closed accounts by a hospital client and "inquiry only" access to the Patient Accounting System. Through the identification of payment exceptions, where we are finding underbillings or underpayments according to contract terms, we rebill and ultimately collect additional cash for our clients.

To date, we have collected nearly $20 million in additional cash for our clients and generally have $5 - $7 million in additional inventory with payors at any given point in time. As this work is typically done on a contingency basis, the client ROI is self evident. As we clearly document our findings and turn them over to Finance, our clients have also derived additional returns by fixing breakdowns in their Revenue Cycle assembly line.

JL Consulting is currently engaged to do this work in a number of large to mid-size institutions in this market including:

- Mt. Sinai Medical Center
- Continuum Health Partners
- Staten Island University Hospital
- Westchester Medical Center
- NYU Medical Center
- Wyckoff Heights Medical Center
- The Brooklyn Hospital Center
- Cabrini Medical Center
- Brookhaven Memorial Hospital Medical Center

Clients have also utilized our engagement findings to supplement contract negotiations as we inevitably challenge issues that are not clearly defined in the contract.

# *JL Consulting, LLC*

## Partial List of Client References

| | Phone |
|---|---|
| Mr. James Staten<br>Chief Financial Officer<br>Yale New Haven Health System | (203) 688 - 2603 |
| Linda Brady, M.D.<br>Chief Executive Officer<br>Kingsbrook Jewish Medical Center | (718) 604 - 5211 |
| Mr. Andrew Mitchell<br>Chief Executive Officer<br>Central Suffolk Hospital | (631) 548 - 6060 |
| Mr. John Collura<br>Chief Financial Officer<br>Continuum Health Partners | (212) 523 - 2912 |
| Mr. Daniel DeBarba<br>Chief Financial Officer<br>Saint Mary's Hospital - Waterbury | (203) 709 - 5871 |
| Mr. Michael Breslin<br>Chief Financial Officer<br>Lenox Hill Hospital | (212) 434 - 2040 |