# EXHIBIT B

Chace Ruttenberg & Freedman, LLP
Attorneys at Law

Robert B. Berkelhammer*‡
Nathan W. Chace
Douglas J. Emanuel*ø
Robert D. Fine*
Carl I. Freedman
Drew P. Kaplan
Bruce R. Ruttenberg
Don E. Wineberg*
Richard D. Zimmerman*

Bret W. Jedele

*Also admitted in Massachusetts
‡ Also admitted in Connecticut
ø Also admitted in New York



**Don E. Wineberg**
**Partner**

**E-Mail:** dwineberg@crfllp.com

Don E. Wineberg leads our health care practice and has extensive experience in mergers, acquisitions and affiliations, joint venture structuring, HMO and preferred provider relations, fraud and abuse compliance, antitrust compliance, medical staff relations, HIPAA compliance, information technology contracting, physician recruitment, reimbursement, general counsel issues and tax exemption. Don has been practicing health law for over twenty years. He represents hospitals, physician groups of all sizes and specialties, including many tax-exempt faculty group practices, community health centers, provider-owned health maintenance organizations, home health agencies, community mental health centers, imaging centers, physician-hospital organizations ("PHOs"), independent practice associations ("IPAs"), preferred provider organizations ("PPOs"), and organizations promoting the licensing and implementation of electronic health records. He is also counsel to the Rhode Island Senate Health and Human Services Committee.

Mr. Wineberg has represented health care providers in many substantial transactions, including the creation of Anchor Medical Associates out of the receivership of Harvard Community Health Plan; the formation, licensure and tax exemption of Neighborhood Health Plan of Rhode Island (a health center owned HMO); the formation of numerous faculty group practices; the affiliation of Emma Pendleton Bradley Hospital with Lifespan Corporation, the acquisition of a minority interest in a major home infusion therapy supplier by five prestigious Connecticut hospitals, and VHA of Southern New England's sale of PARTNERS Health Plan of Southern New England (a Connecticut IPA-model HMO) to Aetna.

Prior to joining the firm, Mr. Wineberg worked in the Boston office of McDermott, Will & Emery and the Providence firm, Cameron & Mittleman, LLP.

Mr. Wineberg graduated from Brown University, with honors in Health and Society, and is a 1985 cum laude graduate of Washington & Lee University Law School.

Mr. Wineberg has published a number of articles regarding the Medicare prospective payment system. He is active in community affairs and enjoys speaking on health care topics to providers, including addresses to the Rhode Island Chapter of the Health Care Financial Management Association, the Rhode Island Health Center Association, the American Lithotripsy Society and others.

C R & F