# EXHIBIT 3

CAPITOL
COURT REPORTING
Court Reporting • Tape Transcription

June 6, 2008

David A. Wollin, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza, Eighth Floor
Providence, RI 02903

Re: Deposition of **David Lantto - 335pp**
01/09/2008
Lifespan Corporation vs. New England Medical Center, Inc.

Dear Mr. Wollin:

The witness did not waive the right to read and sign his/her deposition in the above referenced matter. Enclosed are the completed and signed errata sheet, and the signed original signature page. These should be attached to the original transcript in your possession. Should you have any questions, please don't hesitate to call.

Sincerely,

Danielle L. Bisbano
Danielle L. Bisbano
*Director of Operations/Client Services*

No. 1-18029
Enclosures

cc: Deming E. Sherman, Esq.

CAPITOL
COURT REPORTING
Court Reporting • Tape Transcription

## Signature Page

Case Name: Lifespan Corporation vs. New England Medical Center

Case Number: 06-421T

Date of Deposition: 01-09-07

## To Be Completed By Deponent

I, ***David Lantto,*** have read the following pages of my testimony and have noted any changes in form or substance along with the reason(s) why on the following errata sheet(s).

Signature: [signature]

Date: 2-12-08

## To Be Completed By Notary Public or Attorney

I, Joe Jaya, a Notary Public/Attorney in and for the state of Arizona, hereby acknowledge that the above named deponent personally appeared before me, swore the truth of the foregoing statements and affixed his/her signature above as his/her own true act and deed.

Name: Joe Jaya

Signature: [signature]

Date: January 17, 2010

My Commission Expires On: 02/12/08

JOE JAYA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
January 17, 2010

No. 01-18029

**ERRATA SHEET**

| PAGE | LINE | CHANGE THE FOLLOWING WORD(S) OR PHRASES FROM | TO | REASON FOR CHANGE |
|---|---|---|---|---|
| 6 | 6 | PROVIDENT | PROVENANT | Spelling |
| 16 | 21 | Not to my recollection, no. | I did speak with Mr. Ertel in August or September when he called and mentioned he understood I was going to be deposed. | I remembered this call during my reading of the. deposition. |
| 20 | 19 | Provident | Provenant | Spelling |
| 21 | 13 | auditor | audit | Transcription error. |
| 21 | 22 | comptroller | controller | Transcription error. |
| 23 | 17 | CFO. We | CFO, we | Transcription error. |
| 27 | 15 | comptroller | controller | Transcription error. |
| 27 | 17 | comptroller | controller | Transcription error. |
| 29 | 18 | Provident | Provenant | Spelling |
| 30 | 11 | Provident | Provenant | Spelling |
| 31 | 2 | Provident | Provenant | Spelling |
| 31 | 6 | Israel. Later was later | Israel, which was later | Transcription error. |
| 31 | 9 | Provident | Provenant | Spelling |
| 31 | 20 | Provident | Provenant | Spelling |
| 32 | 8 | comptrollers | controllers | Transcription error. |
| 32 | 12 | comptrollers | controllers | Transcription error. |
| 33 | 3 | Provident | Provenant | Spelling |
| 33 | 13 | Provident | Provenant | Spelling |
| 38 | 1 | Provident | Provenant | Spelling |
| 38 | 18 | Provident | Provenant | Spelling |
| 39 | 7 | Provident | Provenant | Spelling |
| 40 | 22 | Provident | Provenant | Spelling |
| 41 | 1 | Provident | Provenant | Spelling |
| 41 | 11 | Provident | Provenant | Spelling |
| 41 | 22 | Skanavino | Scanavino | Spelling |
| 41 | 24 | SKANAVINO | SCANAVINO | Spelling |
| 44 | 22 | Provident | Provenant | Spelling |
| 49 | 24 | merge | merger | Spelling |
| 50 | 3 | and included with | and I concluded he was | Transcription error. |
| 50 | 12 | Called | I called | Transcription error. |
| 53 | 19 | moon | Word is wrong but I don't know the correction since it wasn't my question. | |
| 54 | 10 | LaFleur. Who | LaFleur, who | Transcription error. |
| 58 | 14 | Shipler | Schibler | Spelling |
| 61 | 18 | I made my recommendations | I made my recommendations and it is my understanding that George solicited input from senior people at NEMC regarding this matter. | I remembered this point during my reading of the deposition. |
| 65 | 15 | meetings. Did | meetings, did | Transcription error. |
| 82 | 13 | extent | intent | Transcription error. |
| 117 | 19 | double B | triple B | Transcription error. |

| | | | | |
|---|---|---|---|---|
| 154 | 21 | don't call that actively | don't recall that I was actively | Transcription error. |
| 156 | 3 | Ponder & Company | PFM | Transcription error. |
| 158 | 8 | Ponder & Company | PFM | Transcription error. |
| 158 | 10 | rate under | rate on their | Transcription error. |
| 160 | 20 | Ponder & Company | PFM | Transcription error. |
| 172 | 4 | my recommendations to George, who | my recommendations to George and as stated earlier others from NEMC, who | I remembered this point during my reading of the deposition. |
| 174 | 15 | my pocket. | my pocket. I | Transcription error. |
| 182 | 15 | sales in other | sales and | Transcription error. |
| 186 | 8 | Addition, also requires change to line 8. | Yes, I remember we | |
| 186 | | Added comments | I recall having some meals with Mr. Seubel, mostly prior to my employment at Samaritan. Some meals were with other people and some were just the two of us. This occurred while I was a consultant at Samaritan and there was one dinner with Mr. Seubel after became a Samaritan employee. I don't recall how many meals I had with Mr. Seubel prior to my Samaritan employment. | I remembered this point during my reading of the deposition. |
| 192 | 1 | my response. | my response. In addition, while at Mr. Seubel's home he paid for a wine tasting event at The Homestead for all of his guests (4). | I remembered this point during my reading of the deposition. |
| 204 | 24 | activity | actively | Transcription error. |
| 208 | 16 | In that regard I guess it would. | No, because no cost was involved to Mr. Seubel and I believe travel refers to air fare, hotel or car rental costs. | I remembered this point during my reading of the deposition. |
| 209 | 10 | Technically it did. | No, for the point previously mentioned. | I remembered this point during my reading of the deposition. |
| 212 | 3 | I have the | I was the | Transcription error. |
| 214 | 8 | from their | from other | Transcription error. |
| 214 | 20 | Director of | The Director of | Transcription error. |
| 251 | 23 | revenue on | revenue at | Transcription error. |
| 252 | 20 | , Dr. Beyer | , Mr. Beyer | Spelling |
| 270 | 6 | unacceptable | acceptable | Transcription error. |
| 281 | 3 | with Dr. O'Connell's | with Dr. O'Donnell's | Spelling |
| 284 | 10 | , Dr. O'Connell's | , Dr. O'Donnell's | Spelling |
| 284 | 19 | on debt patient | on net patient | Transcription error. |
| 292 | 15 | Ann Kasmanian | Ann Kashmanian | Spelling |
| 302 | 16 | Provident | Provenant | Spelling |
| 304 | 16 | primarily a functional | primarily at a functional | Transcription error. |
| 311 | 1 | corporate costs | corporate costs to | Transcription error. |
| 312 | 15 | Capgemini | Cap Gemini | Spelling |
| 312 | 17 | propriety | proprietary | Transcription error. |
| 314 | 23 | disaffiliated | disaffiliation | Transcription error. |
| 321 | 2 | the Dana valuation | the valuation | Transcription error. |