UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIFESPAN CORPORATION,<br>Plaintiffs,<br>v.<br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.,<br>Defendant. | C.A. NO. 06-421 T |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Richard R. Beretta, Jr., Esq. of the law firm of Adler Pollock & Sheehan P.C. hereby withdraws his appearance on behalf of defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc.

Dated: June 12, 2008

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorneys,

/s/ *Richard R. Beretta, Jr.*
Richard R. Beretta, Jr., #4313
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607
rberetta@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2008, I sent a true copy of the within document by electronic means (ECF) to:

Deming E. Sherman, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

*/s/ Richard R. Beretta, Jr.*

*457758_1.doc*