UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 06-421T |

**STIPULATION**

It is hereby stipulated and agreed that the time within which Plaintiff shall respond to Defendants' Motion to Strike Certain Entries From David Lantto's Deposition Errata Sheet is hereby extended to and including July 7, 2008.

NEW ENGLAND MEDICAL CENTER, INC. and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.

By their attorneys,

/s/ David A. Wollin

David A. Wollin (#4950)
ADLER POLLACK & SHEEHAN P.C.
One Citizens Plaza
Providence, RI 02903
E-mail: dwollin@apslaw.com
(401) 274-2000
(401) 351-4607 (Fax)

LIFESPAN CORPORATION

By their attorneys,

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
E-mail: dsherman@eapdlaw.com

June 23, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2008, a copy of the within Stipulation was sent by electronic means (ECF) to the following counsel of record:

David A. Wollin, Esq.
dwollin@apslaw.com

Jeffrey T. Rotella, Esq.
jrotella@eapdlaw.com

/s/ Deming E. Sherman