# EXHIBIT 1

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

Deming E. Sherman
401.276.6443
*fax* 888.325.9061
dsherman@eapdlaw.com

June 23, 2008

David A. Wollin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903-1345

**Re: Lifespan Corporation v. New England Medical Center, Inc., et al**
**USDC C.A. No. 06-421T**

Dear David:

In reviewing the documents in this case, we discovered a portion of the Lifespan privilege log that apparently was not forwarded to you previously. A copy is enclosed. The documents listed were withheld from Lifespan's production of October 19, 2007. My apologies for not forwarding this sooner.

Sincerely,

Deming

Deming E. Sherman

Enclosure

cc: Jeffrey T. Rotella, Esq. (w/ encl.)



BOSTON MA | FT. LAUDERDALE FL | HARTFORD CT | MADISON NJ | NEW YORK NY | PROVIDENCE RI
STAMFORD CT | WASHINGTON DC | WEST PALM BEACH FL | WILMINGTON DE | LONDON UK

| Beginning Bates No. | Ending Bates No. | Date | To | From | Copy | Subject |
|---|---|---|---|---|---|---|
| L024763 | L024763 | 3/26/2002 | Mark Scott | Douglas Gregory | Steve Conlin, Kenneth Arnold, Esq. | Email regarding Seacoast Transaction |
| L025194 | L025194 | 7/16/2002 | Kenneth Arnold, Esq. | Nancy Forbes, Esq. | David Lantto, George Vecchione, Alfred Verrecchia, Douglas DeMay | Email regarding letter from Steve Weiner |
| L025222 | L025224 | 9/12/2000 | David Lantto, Mamie Wakefield, Thomas Pearson, Stephen Coco, George Vecchione, Thomas | Roland Loranger | Kenneth Arnold, Esq., Kathy Lavallee | Email regarding NEMC Physician Malpractice Rates |
| L025225 | L025227 | 4/2/1998 | Bill Kreykes, Thomas O'Donnell, Steven Baron, John Schibler, Kenneth Arnold, Esq. | Tom Igoe | | Memo regarding Lifespan/ NEMC Physician Relationships Office of the President Meeting |
| L025228 | L025234 | 7/14/1999 | George Vecchione | Roland Loranger | Kenneth Arnold, Esq. | Memo regarding Settlement Authorization / NEMC Cases |
| L025235 | L025235 | 1/3/2000 | Thomas O'Donnell,Mitch Creem, William Santulli, Douglas Gregory | Tom Igoe | Kenneth Arnold, Esq., George Vecchione, David Lantto, Alfred Vieira, Donald Hunter, Julie Annarummo | Email regarding Safeharbors Audit at NEMCH |
| L025236 | L025242 | 2/23/2000 | Angela Vieira, Esq. | Dan Roble, Esq. | | Memo regarding Conversation with Ted Bukowski |
| L025243 | L025250 | 8/14/2002 | | Kenneth Arnold, Esq. | | NEMC's August 13, 2002 response |
| L025251 | L025255 | undated | | Kenneth Arnold, Esq **[?]** | | Notes allocation |

| | | | | | | |
|---|---|---|---|---|---|---|
| L025256 | L025262 | 6/18/2002 | | Kenneth Arnold, Esq. | | NEMCH Reorganization Outline |
| L025263 | L025273 | 1/31/2002 | George Vecchione | William Meserve, Esq. | | Letter attaching copy of Report regarding New England Health Care Foundation Compensation Study |
| L025274 | L025276 | 10/25/2002 | George Vecchione | Nancy Forbes, Esq. | Kenneth Arnold, Esq., Carole Cotter, David Lantto, Douglas DeMay, Wenda Barnes, Eileen Sloan | IS Negotiations |
| L025277 | L025277 | 11/15/2002 | David Lantto, Fred Macri, Carole Cotter, | Kenneth Arnold, Esq. | George Vecchione | Email regarding Restructuring Agreement |
| L025278 | L025278 | 9/30/2002 | Kenneth Arnold, Esq., George Vecchione | Nancy Forbes, Esq. | | Email regarding revisions to Restructuring Agreement |
| L025279 | L025279 | 9/27/2002 | Carole Cotter | Christopher Austin | Douglas DeMay, Christopher Austin, Nancy Forbes, Esq., Kenneth Arnold, Esq., David Lantto | Email regarding Draft IS Services Agreement |
| L025280 | L025281 | 8/28/2002 | Nancy Forbes, Esq. | Carole Cotter | Kenneth Arnold, Esq., David Lantto, George Vecchione | Email regarding revised Master Services Agreement |
| L025282 | L025284 | 8/1/2002 | | Carole Cotter | | Notes regarding issues shard with Kenneth Arnold, Esq. |
| L025285 | L025345 | 10/5/2002 | Eileen Sloan | Tara Illiano, Esq. | Nancy Forbes, Esq., Katherine Bolland | Memo attaching copy of Restructuring Agreement |
| L025346 | L025347 | 9/30/2002 | Kenneth Arnold, Esq., George Vecchione | Nancy Forbes, Esq. | Tara Illiano, Esq. | Email regarding filing |

| | | | | | | |
|---|---|---|---|---|---|---|
| L025348 | L025357 | 9/15/1998 | Kenneth Arnold, Esq. | V. Duncan Johnson | | Memo regarding NEMC write-down |
| L025358 | L025358 | 11/22/2002 | David Lantto, George Vecchione, Kenneth Arnold, Esq. | David Lantto | | Email regarding contracts for materials management, purchasing and medical engineering |
| L025359 | L025359 | 12/31/2002 | Roland Loranger, David Lantto, George | Kenneth Arnold, Esq. | | Email regarding Status Report |
| L025360 | L025360 | 12/20/2002 | Kenneth Arnold, Esq., George Vecchione | Carole Cotter | | Email attaching memo regarding separation from Lifespan) |
| L025361 | L025361 | 12/24/2002 | David Lantto, Kenneth Arnold, Esq., George | Roland Loranger | | Email regarding Amendment |
| L025362 | L025363 | 6/18/2002 | | David Lantto | George Vecchione, Kenneth Arnold, Esq. | Memo regarding discussion with Mal Sherman |
| L025364 | L025366 | 9/20/2002 | David Lantto, George Vecchione, Carole Cotter | Nancy Forbes, Esq. | Kenneth Arnold, Esq., Christopher Austin, Katherine Bolland, Tara Illiano, Esq. | Email regarding Perpetual License Grant |
| L025367 | L025369 | 9/22/2002 | Carole Cotter | Nancy Forbes, Esq. | Kenneth Arnold, Esq., George Vecchione | Email regarding Restructuring Agreement |
| L025370 | L025375 | 9/21/2002 | David Lantto, George Vecchione, Melanivec@aol.com | Nancy Forbes, Esq. | Kenneth Arnold, Esq., Christopher Austin | Email regarding IS Issues |
| L025376 | L025376 | 9/20/2002 | Nancy Forbes, Esq., David Lantto, George Vecchione | David Lantto | Kenneth Arnold, Esq., Katherine Bolland, Tara Illiano, Esq. | Email regarding 9/30 Payment |
| L025377 | L025377 | 9/20/2002 | Nancy Forbes, Esq., David Lantto, George Vecchione, Carole Cotter | David Lantto | Kenneth Arnold, Esq., Christopher Austin, Katherine Bolland, Tara Illiano, Esq. | Email regarding Perpetual License Grant |

| | | | | | | |
|---|---|---|---|---|---|---|
| L025378 | L025380 | 9/20/2002 | Nancy Forbes, Esq., David Lantto, George Vecchione | David Lantto | Kenneth Arnold, Esq., Christopher Austin, Katherine Bolland, Tara Illiano, Esq. | Email regarding IS and remaining issues |
| L025381 | L025381 | 9/20/2002 | David Lantto | Carole Cotter | George Vecchione, Kenneth Arnold, Esq. | Email regarding discussions regarding IS |
| L025382 | L025382 | 9/19/2002 | George Vecchione, David Lantto, Carole Cotter, Nancy Forbes, | Kenneth Arnold, Esq. | | Email regarding IS Agreement |
| L025383 | L025383 | 9/19/2002 | George Vecchione, David Lantto, Carole | Kenneth Arnold, Esq. | | Email regarding IS Agreement |
| L025384 | L025423 | 9/19/2002 | George Vecchione, David Lantto, Carole | Kenneth Arnold, Esq. | | Email regarding IS Agreement |
| L025424 | L025424 | 9/18/2002 | Judy O'Connell | Kenneth Arnold, Esq. | George Vecchione, David Lantto | Email regarding NEMC's Budget |
| L025425 | L025438 | 9/18/2002 | Kenneth Arnold, Esq., Eileen Sloan | Tara Illiano, Esq. | Nancy Forbes, Esq., Katherine Bolland | Email attaching draft Memoranda summarizing Agreements |
| L025439 | L025439 | 9/16/2002 | Fred Macri, Carole Cotter, Roland Loranger, Thomas Pearson, Paul Pierannunzi, Mamie | David Lantto | George Vecchione, Kenneth Arnold, Esq. | Email regarding NEMC Service Agreement |
| L025440 | L025445 | 9/14/2002 | Kenneth Arnold, Esq., David Lantto, George Vecchione | Nancy Forbes, Esq. | | Email regarding status of Restructuring Agreement discussions and red-lines attachments |
| L025446 | L025447 | 9/9/2002 | Kenneth Arnold, Esq., David Lantto, George Vecchione, Alfred Verrecchia | Nancy Forbes, Esq. | Katherine Bolland, Tara Illiano, Esq., Christopher Austin, Douglas DeMay | Email regarding update and proposed modification |

| | | | | | | |
|---|---|---|---|---|---|---|
| L025448 | L025456 | 9/6/2002 | Kenneth Arnold, Esq., David Lantto, George Vecchione, Alfred Verrecchia, Katherine Bolland, Tara Illiano, Esq., Christopher | Antonetta Barone | | Email regarding revisions to Restructuring Agreement |
| L025457 | L025460 | 8/22/2002 | Anne Phillips Ogilby | Nancy Forbes, Esq. | John Chesley, Christopher Kirby, Katherine Bolland, Tara Illiano, Esq. | Email regarding draft press release |
| L025461 | L025461 | 9/13/2002 | Paul Alder, Kenneth Arnold, Esq., Barbara Chupp, Susan Hoffman, | Kimberly Troland | George Vecchione | Email regarding IS matters |
| L025462 | L025462 | 9/12/2002 | Kenneth Arnold, Esq., Roland Loranger, George Vecchione, | David Lantto | | Email regarding Restructuring Agreement |
| L025463 | L025464 | 9/28/2002 | Kenneth Arnold, Esq., Carole Cotter, David Lantto, George Vecchione, Melanivec@aol.com | Nancy Forbes, Esq. | Christopher Austin, Katherine Bolland, Douglas DeMay, Tara Illiano, Esq., A Barone, W Barnes, F Motroni, Eileen Sloan | Email regarding Restructuring Agreement |
| L025465 | L025470 | Undated | | Unknown | | Notes regarding Open Items Liability Matters |
| L025471 | L025472 | 7/15/2002 | George Vecchione, David Lantto | Kenneth Arnold, Esq. | | Email regarding Affiliated Groups and Medicare Resident |
| L025473 | L025473 | 4/17/2002 | Kenneth Arnold, Esq. | Dan Roble, Esq. | John Chesley, William Knowlton | Email regarding Waltham Weston |
| L025474 | L025479 | 7/9/2002 | Alfred Verrecchia | George Vecchione | | Memo regarding Potential Terms NEMC Lifespan |
| L025480 | L025543 | 9/27/2002 | George Vecchione | Tara Illiano, Esq. | | Fax coversheet and draft Restructuring Agreement and Schedules |
| L025544 | L025557 | 9/25/2002 | Alfred Verrecchia, Bruce Selya, Duncan Johnson | George Vecchione | | Memo regarding Redraft of Restructuring Agreement |

| | | | | | | |
|---|---|---|---|---|---|---|
| L025558 | L025559 | 9/23/2002 | Stephen Weiner | Nancy Forbes, Esq. | Kenneth Arnold, Esq., Christopher Austin, Katherine Bolland, Tara Illiano, Esq., Debbie Daccord, Douglas DeMay, Carole Cotter, David Lantto, David Lintz, Fran Motroni, T O'Donnell, mscott2@lifespan.org, Barbara Malcolm, George Vecchione, B Shickolovich, Nancy Forbes, Esq., ibport@mintz.com | Email regarding revised Restructuring Agreement |
| L025560 | L025564 | 10/31/1997 | Bill Kreykes, Mark Montella, John Schibler, David Slone, Rick Piester, Jim Peters, Mary MacIntosh, Paul Pierannunzi, Paul Alder, | Kenneth Arnold, Esq. | | Memorandum of Consent - Attorney General |
| L025665 | L025666 | 4/3/2001 | Angela Vieira, Esq. | Tom Igoe | | Memo regarding Audit of NEMCH ENT Operations Potential Theft |
| L025667 | L025667 | 5/11/2001 | George Vecchione, Michael DeAngelis | Kenneth Arnold, Esq. | | Email regarding compensation |