# EXHIBIT 2

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

July 1, 2008

**VIA FACSIMILE**

Deming E. Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

***Re: Lifespan Corp. v. New England Medical Center, et al.***
***C.A. No. 06-421 (D.R.I.)***

Dear Deming:

I have now reviewed Lifespan's supplemental privilege log that you forwarded to me, for the first time, on June 23, 2008. The privilege log is inadequate because it fails to indicate what, if any, privilege Lifespan is relying upon for withholding the documents.

Moreover, a number of the documents do not appear to be privileged under any applicable privilege. Referring to each document by its beginning Bates number, we believe that the following documents are not privileged: L024763, L025225, L025235, L025362, L025457, L025461, L025465, L025474, L025544, L025558. In each of these instances, either a NEMC employee (or attorney) either authored or received the document or there is no indication that any Lifespan attorney was involved in the communication. We ask that you produce these documents immediately.

In addition, there are a number of documents between non-lawyers. They are as follows (again identified by its beginning Bates number): L025224, L025228, L025279, L025363, L025381, L025439. Even though an attorney received a courtesy copy, that does not mean the document is privileged.

Further, there are a number of people listed in your privilege log with whom I am unfamiliar and therefore cannot assess whether any privilege is appropriately invoked. For instance, I do not know who Roland Loranger or Antonetta Barone are. Nor do I understand which client the following attorneys represented: Nancy Forbes, Esq., Dan Roble, Esq., William Meserve, Esq., Tara Illiano, Esq., Angela Vieira, Esq.

I would ask that you please supplement your privilege log appropriately, identify who these people are and produce to me the documents mentioned above. I reserve the right to raise additional arguments as to any of the documents on Lifespan's tardy privilege log.

Very truly yours,

DAVID A. WOLLIN
DAW/cgv

cc: Jeffrey A. Weinstein, Esq. *(via e-mail)*
Jeffrey T. Rotella, Esq. *(via e-mail)*

*460114_1.doc*