(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Lifespan Corporation

Plaintiff(s)

v.

Dkt. No. 06-421-T-DLM

New England Medical Center, Inc. et al.

Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Intervenor ~~Plaintiff/Defendant~~ Attorney General of the Commonwealth of Massachusetts hereby moves that Jonathan C. Green, Assistant Attorney General be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Christopher E. Hultquist, Esq.
Print Name

DarrowEverett LLP
Firm and Business Address

One Turks Head Place, Suite 500

Providence, RI 02903

RI Bar ID # 5264

Email: chultquist@darroweverett.com

Tel. # 401-453-1200

Fax # 401-453-1201

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date

(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

JUL 18 2008

Lifespan Corporation
Plaintiff(s)

v. Dkt. No. 06-421-T-DLM

New England Medical Center, Inc. et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Intervenor ~~Plaintiff/Defendant~~ Attorney General of the Commonwealth of Massachusetts hereby moves that Jonathan C. Green, Assistant Attorney General be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Christopher E. Hultquist, Esq.
Print Name

DarrowEverett LLP
Firm and Business Address

One Turks Head Place, Suite 500

Providence, RI 02903

RI Bar ID # 5264

Email: chultquist@darroweverett.com

Tel. # 401-453-1200

Fax # 401-453-1201

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2008, I filed the Motion For Admission Pro Hac Vice electronically, and it is available for viewing and downloading from the (ECF) system. I sent a true copy of the within document by electronic means (ECF) to the following counsel of record:

David A. Wollin, Esq.
dwollin@apslaw.com

Jeffrey T. Rotella, Esq.
jrotella@apslaw.com

Deming E. Sherman, Esq.
dsherman@eapdlaw.com

/s/ Christopher E. Hultquist