# EXHIBIT A

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

Deming E. Sherman
401.276.6443
*fax* 888.325.9061
dsherman@eapdlaw.com

July 11, 2008

**BY MESSENGER**

David A. Wollin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903-1345

**Re: Lifespan Corporation v. New England Medical Center, Inc., et al**
**USDC C.A. No. 06-421T**

Dear David:

In response to your letter dated July 1, 2008, I have revised our privilege log forwarded to you on June 23, 2008. A copy is enclosed. The bases for the privileges asserted are indicated on our revised log. The privilege column was inadvertently not included on our previous log.

After further review of the documents referenced in your letter, I have determined that the following documents are not privileged, and I am producing them herewith:

L024763
L025222 – L025224
L025228 – L025234
L025235
L025362 – L025363
L025381
L025439
L025558 – L025559

The other documents referenced in your letter remain privileged in my opinion.

With respect to Paragraph 4 of your letter, be advised that Roland ("Ron") Loranger is Lifespan President, Risk Services, and Antonetta Barone, Nancy Forbes, Dan Roble, William Meserve,

EDWARDS ANGELL PALMER & DODGE LLP



Tara Illiano, and Angela Vieira are all attorneys with the law firm of Ropes & Gray that represented Lifespan.

Sincerely,

Deming

Deming E. Sherman

Enclosures

cc: Jeffrey T. Rotella (w/o encls.)