# EXHIBIT B

Lifespan Corp. v. New England Medical Center, et al.
Revised Privilege Log

| Beginning Bates No. | Ending Bates No. | Date | To | From | Copy | Subject | Privilege |
|---|---|---|---|---|---|---|---|
| L025194 | L025194 | 7/16/2002 | Kenneth Arnold, Esq. | Nancy Forbes, Esq. | David Lantto, George Vecchione, Alfred Verrecchia, Douglas DeMay | Email regarding letter from Steve Weiner | A/C |
| L025225 | L025227 | 4/2/1998 | Bill Kreykes, Thomas O'Donnell, Steven Baron, John Schibler, Kenneth Arnold, Esq. | Tom Igoe | | Memo regarding Lifespan/ NEMC Physician Relationships Office of the President Meeting | A/C |
| L025236 | L025242 | 2/23/2000 | Angela Vieira, Esq. | Dan Roble, Esq. | | Memo regarding Conversation with Ted Bukowski | A/C |
| L025243 | L025250 | 8/14/2002 | | Kenneth Arnold, Esq. | | NEMC's August 13, 2002 response | A/C |
| L025251 | L025255 | undated | | Kenneth Arnold, Esq. | | Notes allocation | A/C |
| L025256 | L025262 | 6/18/2002 | | Kenneth Arnold, Esq. | | NEMCH Reorganization Outline | A/C |
| L025263 | L025273 | 1/31/2002 | George Vecchione | William Meserve, Esq. | | Letter attaching copy of Report regarding New England Health Care Foundation Compensation Study | A/C |
| L025274 | L025276 | 10/25/2002 | George Vecchione | Nancy Forbes, Esq. | Kenneth Arnold, Esq., Carole Cotter, David Lantto, Douglas DeMay, Wenda Barnes, Eileen Sloan | IS Negotiations | A/C |
| L025277 | L025277 | 11/15/2002 | David Lantto, Fred Macri, Carole Cotter, Roland Loranger | Kenneth Arnold, Esq. | George Vecchione | Email regarding Restructuring Agreement | A/C |
| L025278 | L025278 | 9/30/2002 | Kenneth Arnold, Esq., George Vecchione | Nancy Forbes, Esq. | | Email regarding revisions to Restructuring Agreement | A/C |
| L025279 | L025279 | 9/27/2002 | Carole Cotter | Christopher Austin | Douglas DeMay, Christopher Austin, Nancy Forbes, Esq., Kenneth Arnold, Esq., David Lantto | Email regarding Draft IS Services Agreement | A/C |

Lifespan Corp. v. New England Medical Center, et al.
Revised Privilege Log

| Beginning Bates No. | Ending Bates No. | Date | To | From | Copy | Subject | Privilege |
|---|---|---|---|---|---|---|---|
| L025280 | L025281 | 8/28/2002 | Nancy Forbes, Esq. | Carole Cotter | Kenneth Arnold, Esq., David Lantto, George Vecchione | Email regarding revised Master Services Agreement | A/C |
| L025282 | L025284 | 8/1/2002 | | Carole Cotter | | Notes regarding issues shard with Kenneth Arnold, Esq. | A/C |
| L025285 | L025345 | 10/5/2002 | Eileen Sloan | Tara Illiano, Esq. | Nancy Forbes, Esq., Katherine Bolland | Memo attaching copy of Restructuring Agreement | A/C |
| L025346 | L025347 | 9/30/2002 | Kenneth Arnold, Esq., George Vecchione | Nancy Forbes, Esq. | Tara Illiano, Esq. | Email regarding filing | A/C |
| L025348 | L025357 | 9/15/1998 | Kenneth Arnold, Esq. | V. Duncan Johnson | | Memo regarding NEMC write-down | A/C |
| L025358 | L025358 | 11/22/2002 | David Lantto, George Vecchione, Kenneth Arnold, Esq. | David Lantto | | Email regarding contracts for materials management, purchasing and medical engineering | A/C |
| L025359 | L025359 | 12/31/2002 | Roland Loranger, David Lantto, George Vecchione | Kenneth Arnold, Esq. | | Email regarding Status Report | A/C |
| L025360 | L025360 | 12/20/2002 | Kenneth Arnold, Esq., George Vecchione | Carole Cotter | | Email attaching memo regarding separation from Lifespan) | A/C |
| L025361 | L025361 | 12/24/2002 | David Lantto, Kenneth Arnold, Esq., George Vecchione | Roland Loranger | | Email regarding Amendment | A/C |
| L025364 | L025366 | 9/20/2002 | David Lantto, George Vecchione, Carole Cotter | Nancy Forbes, Esq. | Kenneth Arnold, Esq., Christopher Austin, Katherine Bolland, Tara Illiano, Esq. | Email regarding Perpetual License Grant | A/C |
| L025367 | L025369 | 9/22/2002 | Carole Cotter | Nancy Forbes, Esq. | Kenneth Arnold, Esq., George Vecchione | Email regarding Restructuring Agreement | A/C |
| L025370 | L025375 | 9/21/2002 | David Lantto, George Vecchione, Melanivec@aol.com | Nancy Forbes, Esq. | Kenneth Arnold, Esq., Christopher Austin | Email regarding IS Issues | A/C |
| L025376 | L025376 | 9/20/2002 | Nancy Forbes, Esq., David Lantto, George Vecchione | David Lantto | Kenneth Arnold, Esq., Katherine Bolland, Tara Illiano, Esq. | Email regarding 9/30 Payment | A/C |

Lifespan Corp. v. New England Medical Center, et al.
Revised Privilege Log

| Beginning Bates No. | Ending Bates No. | Date | To | From | Copy | Subject | Privilege |
|---|---|---|---|---|---|---|---|
| L025377 | L025377 | 9/20/2002 | Nancy Forbes, Esq., David Lantto, George Vecchione, Carole Cotter | David Lantto | Kenneth Arnold, Esq., Christopher Austin, Katherine Bolland, Tara Illiano, Esq. | Email regarding Perpetual License Grant | A/C |
| L025378 | L025380 | 9/20/2002 | Nancy Forbes, Esq., David Lantto, George Vecchione | David Lantto | Kenneth Arnold, Esq., Christopher Austin, Katherine Bolland, Tara Illiano, Esq. | Email regarding IS and remaining issues | A/C |
| L025382 | L025382 | 9/19/2002 | George Vecchione, David Lantto, Carole Cotter, Nancy Forbes, Esq. | Kenneth Arnold, Esq. | | Email regarding IS Agreement | A/C |
| L025383 | L025383 | 9/19/2002 | George Vecchione, David Lantto, Carole Cotter | Kenneth Arnold, Esq. | | Email regarding IS Agreement | A/C |
| L025384 | L025423 | 9/19/2002 | George Vecchione, David Lantto, Carole Cotter | Kenneth Arnold, Esq. | | Email regarding IS Agreement | A/C |
| L025424 | L025424 | 9/18/2002 | Judy O'Connell | Kenneth Arnold, Esq. | George Vecchione, David Lantto | Email regarding NEMC's Budget | A/C |
| L025425 | L025438 | 9/18/2002 | Kenneth Arnold, Esq., Eileen Sloan | Tara Illiano, Esq. | Nancy Forbes, Esq., Katherine Bolland | Email attaching draft Memoranda summarizing Agreements | A/C |
| L025440 | L025445 | 9/14/2002 | Kenneth Arnold, Esq., David Lantto, George Vecchione | Nancy Forbes, Esq. | | Email regarding status of Restructuring Agreement discussions and red-lines attachments | A/C |
| L025446 | L025447 | 9/9/2002 | Kenneth Arnold, Esq., David Lantto, George Vecchione, Alfred Verrecchia | Nancy Forbes, Esq. | Katherine Bolland, Tara Illiano, Esq., Christopher Austin, Douglas DeMay | Email regarding update and proposed modification | A/C |
| L025448 | L025456 | 9/6/2002 | Kenneth Arnold, Esq., David Lantto, George Vecchione, Alfred Verrecchia, Katherine Bolland, Tara Illiano, Esq., Christopher Austin, Nancy Forbes, Esq. | Antonetta Barone | | Email regarding revisions to Restructuring Agreement | A/C |

Lifespan Corp. v. New England Medical Center, et al.
Revised Privilege Log

| Beginning Bates No. | Ending Bates No. | Date | To | From | Copy | Subject | Privilege |
|---|---|---|---|---|---|---|---|
| L025457 | L025460 | 8/22/2002 | Anne Phillips Ogilby | Nancy Forbes, Esq. | John Chesley, Christopher Kirby, Katherine Bolland, Tara Illiano, Esq. | Email regarding draft press release | A/C |
| L025461 | L025461 | 9/13/2002 | Paul Alder, Kenneth Arnold, Esq., Barbara Chupp, Susan Hoffman, Therese Flynn | Kimberly Troland | George Vecchione | Email regarding IS matters | A/C |
| L025462 | L025462 | 9/12/2002 | Kenneth Arnold, Esq., Roland Loranger, George Vecchione, Nancy Forbes, Esq. | David Lantto | | Email regarding Restructuring Agreement | A/C |
| L025463 | L025464 | 9/28/2002 | Kenneth Arnold, Esq., Carole Cotter, David Lantto, George Vecchione, Melanivec@aol.com | Nancy Forbes, Esq. | Christopher Austin, Katherine Bolland, Douglas DeMay, Tara Illiano, Esq., A Barone, W Barnes, F Motroni, Eileen Sloan | Email regarding Restructuring Agreement | A/C |
| L025465 | L025470 | Undated | | | | Notes regarding Open Items Liability Matters prepared by internal Lifespan legal counsel | A/C and W/P |
| L025471 | L025472 | 7/15/2002 | George Vecchione, David Lantto | Kenneth Arnold, Esq. | | Email regarding Affiliated Groups and Medicare Resident | A/C |
| L025473 | L025473 | 4/17/2002 | Kenneth Arnold, Esq. | Dan Roble, Esq. | John Chesley, William Knowlton | Email regarding Waltham Weston | A/C |
| L025474 | L025479 | 7/9/2002 | Alfred Verrecchia | George Vecchione | | Memo regarding Potential Terms NEMC Lifespan disaffiliation prepared for Lifespan internal legal counsel | A/C and W/P |
| L025480 | L025543 | 9/27/2002 | George Vecchione | Tara Illiano, Esq. | | Fax coversheet and draft Restructuring Agreement and Schedules | A/C |
| L025544 | L025557 | 9/25/2002 | Alfred Verrecchia, Bruce Selya, Duncan Johnson, Esq., Carole Cotter, Nancy Forbes, Esq. | George Vecchione | Kenneth Arnold, Esq. | Memo regarding Redraft of Restructuring Agreement | A/C |

Lifespan Corp. v. New England Medical Center, et al.
Revised Privilege Log

| Beginning Bates No. | Ending Bates No. | Date | To | From | Copy | Subject | Privilege |
|---|---|---|---|---|---|---|---|
| L025560 | L025564 | 10/31/1997 | Bill Kreykes, Mark Montella, John Schibler, David Slone, Rick Piester, Jim Peters, Mary MacIntosh, Paul Pierannunzi, Paul Alder, Susan Hoffman, Larry Smith | Kenneth Arnold, Esq. | | Memorandum of Consent - Attorney General | A/C |
| L025665 | L025666 | 4/3/2001 | Angela Vieira, Esq. | Tom Igoe | | Memo regarding Audit of NEMCH ENT Operations Potential Theft | A/C |
| L025667 | L025667 | 5/11/2001 | George Vecchione, Michael DeAngelis | Kenneth Arnold, Esq. | | Email regarding compensation | A/C |