# EXHIBIT C

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

Deming E. Sherman
401.276.6443
*fax* 888.325.9061
dsherman@eapdlaw.com

July 25, 2008

**BY FACSIMILE and FIRST CLASS MAIL**

David A. Wollin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903-1345

**Re: Lifespan Corporation v. New England Medical Center, Inc., et al**
**USDC C.A. No. 06-421T**

Dear David:

Lifespan waives privilege as to documents L025225- L025227 and L025457-L025460 and produces them herewith.

Sincerely,

Deming E. Sherman

Enclosures

cc: Jeffrey T. Rotella, Esq. (w/o encls.)

PRV 951500.1