# EXHIBIT A

ROPES & GRAY
ONE INTERNATIONAL PLACE
BOSTON, MA 02110-2624
PHONE: (617) 951-7000
FAX: (617) 951-7050
DIRECT DIAL: (617) 951-7492
NFORBES@ROPESGRAY.COM

October 1, 2002

**VIA FACSIMILE**

Jamie W. Katz, Esq.
Division of Public Charities
Office of the Attorney General
One Ashburton Place, 14th Floor
Boston, Massachusetts 02108

Dear Jamie:

As you know, New England Medical Center, Inc. and its affiliate, New England Medical Center Hospitals, Inc. (collectively, the "NEMC Entities") expect to restructure their corporate relationship with Lifespan Corporation on or after October 31, 2002.

Currently, our client, Lifespan of Massachusetts, Inc. ("Lifespan of Massachusetts"), a Massachusetts Chapter 180 corporation that is a subsidiary of Lifespan Corporation, serves as the sole corporate member of the NEMC Entities. Lifespan of Massachusetts (as distinct from the NEMC Entities) has had no revenues or assets, and has functioned principally as an entity that coordinates for governance purposes certain activities of the NEMC Entities with activities of other Lifespan affiliates. As a result of the proposed transaction, Lifespan of Massachusetts will relinquish corporate control over the NEMC Entities through appropriate amendments to the bylaws and other corporate governance documents of Lifespan of Massachusetts and the NEMC Entities. Through such amendments, Lifespan of Massachusetts will cease to serve as the corporate member of either of the NEMC Entities. These document changes will result in no change in the revenues or assets of Lifespan of Massachusetts. The precise, future operations of Lifespan of Massachusetts are uncertain at this time.

We do not believe formal notice to your office of the above governance amendments to the relationship between Lifespan of Massachusetts and the NEMC Entities is required. However, in the interest of ensuring that your office is aware of the transaction, Lifespan of Massachusetts wished us to bring this matter to your attention. If you have any questions concerning the above transaction, please call me at your earliest convenience at 617-951-7492.

Sincerely,

Nancy

Nancy E. Forbes

8914740_1

BOSTON NEW YORK SAN FRANCISCO WASHINGTON