# EXHIBIT B

# NEMC REPRESENTATION ON THE LIFESPAN BOARD

**1998 and 1999**

Six Board Members as Follows:

Walter M. Cabot – Director
Standish Ayer & Wood
1 Financial Center
Boston, MA 02111

George W. Carmany, III – Vice Chair
GW Carmany Co.
31 Milk Street
Boston, MA 02109

Jill Ker Conway – Director
65 Commonwealth Avenue, 8B
Boston, MA 02116

John F. Rockart, Ph.D. – director
CISR/MIT Sloan School, E40-187
77 Massachusetts Avenue
Cambridge, MA 02139

H. Jay Sarles – Director
Fleet Financial Group
One Federal Street, 36th Floor
Boston, MA 02211

Stanley Shapshay, M.D. – Director
NEMC
750 Washington Street
Boston, MA 02111

**2000**

Five Board Members as Follows:

Walter M. Cabot – Director
Standish Ayer & Wood
1 Financial Center
Boston, MA 02111

George W. Carmany, III – Vice Chair
GW Carmany Co.
31 Milk Street
Boston, MA 02109

H. Jay Sarles – Director
Fleet Financial Group
One Federal Street, 36th Floor
Boston, MA 02211

Malcolm Sherman – Director
One Apple Hill
Natick, MA 01760

Norman Stearns, M.D. – Director
Tufts School of Medicine
136 Harrison Avenue
Boston, MA 02111

**2001**

Four Board Members as Follows:

Walter M. Cabot – Director
Standish Ayer & Wood
1 Financial Center
Boston, MA 02111

George W. Carmany, III – Vice Chair
GW Carmany Co.
31 Milk Street
Boston, MA 02109

N.A. Mark Estes, III, M.D.
NEMC
750 Washington Street
Boston, MA 02111

Malcolm Sherman
Smart Bargains
40 Broad Street
Boston, MA 02109

**2002**

Three Board Members as Follows:

Walter M. Cabot – Director
Standish Ayer & Wood
1 Financial Center
Boston, MA 02111

N.A. Mark Estes, III, M.D.
NEMC
750 Washington Street
Boston, MA 02111

Malcolm Sherman
Smart Bargains
40 Broad Street
Boston, MA 02109