UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>VS.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | ) | C. A. No. 06-421T |

**DEFENDANTS' REPLY TO LIFESPAN'S OBJECTION TO THE MASSACHUSETTS ATTORNEY GENERAL'S MOTION TO INTERVENE**

Defendants New England Medical Center, Inc. and New England Medical Center Hospitals, Inc. (collectively "NEMC") reply to Lifespan's Objection to the Massachusetts Attorney General's Motion to Intervene, specifically the Affidavit of Kenneth E. Arnold attached thereto, by respectfully submitting the Declaration of Jeffrey Weinstein, Esq., attached hereto as Exhibit 1.

Respectfully submitted,

NEW ENGLAND MEDICAL CENTER, INC., and
NEW ENGLAND MEDICAL CENTER
HOSPITALS, INC.,

By their attorney,

*/s/ David A. Wollin*
David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Phone: 401.274.7200
Fax: 401.351.4607
Dated: August 11, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Deming E. Sherman, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Christopher E. Hultquist, Esq.
Special Assistant Attorney General
DarrowEverett LLP
One Turks Head Place – Suite 500
Providence, RI 02903

*/s/David A. Wollin*

*464365_1.doc*