UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIFESPAN CORPORATION,<br><br>Plaintiff,<br><br>VS.<br><br>NEW ENGLAND MEDICAL CENTER, INC., and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.<br><br>Defendants. | C. A. No. 06-421T |

**ORDER**

This matter came before the Court on this 4th day of September, 2008, on Defendants' Motion to Strike Certain Entries from David Lantto's Deposition Errata Sheet. After considering the parties' submissions, and for the reasons stated on the record, it is hereby Ordered as follows:

1. Defendants' Motion is GRANTED.

2. The corrections in David Lantto's errata sheet for page 208, line 16, and page 209, line 10, shall be stricken and may only be offered at trial, subject to applicable rules of evidence, in the following circumstances: a) David Lantto's deposition is reopened, at Plaintiff's sole expense, to allow Defendants to depose him on the proposed changes, including the reasons for the changes, or b) David Lantto testifies as a live witness at trial.

SO ORDERED:

Ernest C Torres

Ernest C. Torres
Senior United States District Judge

*466854_1.doc* 9/10/08