UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Lifespan Corporation

v.

RI Civil No. 06-cv-421-JL

New England Medical Center, Inc., et al

ORDER

Pursuant to the provisions of Local Rule 77.5, the above case has been referred to the District of New Hampshire, sitting by designation, due to the recusal of the Rhode Island judges.

All original motions, pleadings, and other documents shall continue to be electronically filed with the Clerk, District of Rhode Island in accordance with that district's electronic case filing rules. Absent a court order to the contrary, no courtesy copies need be filed in the District of New Hampshire. Jurisdiction of the above case remains with the District of Rhode Island.

SO ORDERED.

March 6, 2009

Joseph N. Laplante
United States District Judge

cc: Counsel of Record
Original order to Clerk, U. S. District Court,